ELECTRONIC ORDER IN <u>GRAY V. COMMISSIONER OF CORRECTIONS</u>, 10 CV 1998 (JBA)

11/18/14 – As discussed at length during the telephonic status conference held yesterday (Dkts. ##40-41), **on or before December 1, 2014**, plaintiff's <u>pro bono</u> counsel will serve his <u>Initial</u> Requests to Admit ["IRA"], with an emphasis on factual issues, on defense counsel, and defendant will respond **on or before January 9, 2015**.

 Within two weeks of defendant's response, plaintiff's counsel will send a letter to defense counsel, with a copy to this Magistrate Judge, in which he details the discovery that he will need as to those paragraphs of the IRA which are denied by defendant; shortly thereafter, a continued telephonic status conference will be held before this Magistrate Judge, at which discovery deadlines will be set.

Plaintiff's counsel will be free to serve supplemental Requests for Admission at a later time, as appropriate.  Defense counsel is also free to forward proposed Stipulations of Fact to plaintiff's counsel, as another mechanism to reduce the scope of discovery that will be required here.